IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTOINE JOHNSON,

      Petitioner,

  v.

SUSAN HUBBARD, Warden,

      Respondent.
                                     /

No. C 08-01684 CW (PR)

ORDER OF TRANSFER

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging as a violation of his constitutional rights the denial of parole by the California Board of Parole Hearings.[1]  He has paid the filing fee.

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction.  See 28 U.S.C. § 2241(d).  The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice.  See id.  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time

---

[1] The Board of Prison Terms was abolished effective July 1, 2005, and replaced with the Board of Parole Hearings.  Cal. Penal Code § 5075(a).

1  credit claims, the district of confinement is the preferable forum.
2  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th
3  Cir. 1989).
4      Petitioner is incarcerated at California Medical Facility,
5  which lies within the venue of the Eastern District of California.
6  See 28 U.S.C. § 84.  Because Petitioner challenges the execution of
7  his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C.
8  § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of
9  justice, this petition be TRANSFERRED to the United States District
10 Court for the Eastern District of California.
11     IT IS SO ORDERED.

Dated:  7/9/08                    _____
                                  CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTOINE JOHNSON,

        Plaintiff,

v.

SUSAN HUBBARD et al,

        Defendant.

Case Number: CV08-01684 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine A.J. Johnson H-88208
P.O. Box 2500
1600 California Dr.
Vacaville, CA 95696-2500

Dated: July 9, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk