1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10     ANTOINE A.J. JOHNSON,

11              Petitioner,                    No. 2:08-cv-1720-JFM (HC)

12        vs.

13     SUE HUBBARD, et al.,

14              Respondents.              ORDER

15     _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17     habeas corpus pursuant to 28 U.S.C. § 2254.[1]  Petitioner has paid the filing fee.

18            Since petitioner may be entitled to the requested relief if the claimed violation of

19     constitutional rights is proved, respondents will be directed to file a response to petitioner's

20     application.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1.  Respondents are directed to file an answer within forty-five days from the date

23     of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with

24     /////

25     ─────────────────────

26        [1]  This action was transferred to this court from the United States District Court for the
       Northern District of California.  See Order filed July 9, 2008.

                                            1

1 the answer any and all transcripts or other documents relevant to the determination of the issues

2 presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3       2.  Petitioner's traverse, if any, is due on or before thirty days from the date

4 respondents' answer is filed;

5       3.  The Clerk of the Court shall serve a copy of this order together with a copy of

6 petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant

7 Attorney General.

8 DATED: July 31, 2008.

UNITED STATES MAGISTRATE JUDGE

/ke
john1720.100feejfm

2